UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRECISION REPLACEMENT PARTS CORP., <br><br> Plaintiff, <br><br> v. <br><br> AUTO GLASS COMPONENTS, INC., <br><br> Defendant. | Case No. C04-0566L <br><br> ORDER GRANTING MOTION TO CONTINUE |

## I. INTRODUCTION

This matter comes before the Court on a motion filed by defendant Auto Glass Components, Inc. ("AGC") to continue the trial date and related dates for 120 days while the parties pursue settlement negotiations. (Dkt. #147).

For the reasons set forth below, the Court grants the motion.

## II. DISCUSSION

Several factors weigh in favor of a continuance. First, AGC's Manager and Rule 30(b)(6) designee, Fred Hendler, will be unavailable during the trial as currently scheduled because he is caring for his critically ill wife. Second, there are numerous, extensive motions pending in this

ORDER GRANTING
MOTION TO CONTINUE - 1

case which cannot realistically be resolved prior to the current April 3, 2006 trial date.[1] Furthermore, because each side has filed only a motion for *partial* summary judgment, resolution of those motions is unlikely to resolve the matter completely. Third, AGC alleges that PRP's failure to provide its required pretrial statement has hampered its ability to prepare for trial.

Fourth, and most importantly, the parties are engaged in settlement negotiations. The parties reached an agreement on September 9, 2005 and signed the settlement agreement on December 30, 2005. Although the parties had reached a final agreement, it was never consummated because AGC's sister company was unable to secure the necessary financing by the January 31, 2006 closing date. AGC has stated, however, that its sister company is aggressively pursuing financing and has achieved some success. Although the settlement agreement expired on February 1, 2006 and no extension has been granted, the parties continue to explore settlement options. PRP also states that it suffers prejudice on an on-going basis from the delays because AGC is continuing to use its parts numbers.[2] Although that concern is important, the Court finds that a 120-day delay will not be overly prejudicial to PRP, and that any prejudice is outweighed by the benefits of allowing the parties the time and opportunity to continue settlement negotiations. However, because PRP has a right to an expeditious resolution of this matter, it is unlikely that any further continuance will be granted unless agreed to by both parties.

### III. CONCLUSION

For the foregoing reasons, the Court GRANTS AGC's motion to continue the trial date and related dates. (Dkt. #147). The trial date and all remaining deadlines in this case are

---

[1] The pending motions include two motions for partial summary judgment, three motions to compel discovery, four motions to exclude evidence, and five motions *in limine*.

[2] PRP also argues that AGC is restructuring its assets to avoid a judgment, but it has not offered any evidence to support that assertion.

ORDER GRANTING
MOTION TO CONTINUE - 2

continued for 120 days. The Clerk of the Court is directed to issue an amended order setting the trial date and related pending dates.

The parties are further ORDERED to file a joint status report regarding the status of the case and settlement negotiations by June 30, 2006. Finally, the Clerk of the Court is directed to renote the pending motions in this case (Dkt. ## 66, 72, 74, 78, 86, 94, 97, 109, 118, 135, 160, 161, 162, 163, and 165) for July 7, 2006.

DATED this 13th day of March, 2006.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING
MOTION TO CONTINUE - 3